1  HELANE L. MORRISON (Cal.State Bar No. 127752)
   MARC J. FAGEL (Cal.State Bar No. 154425)
2  MICHAEL S. DICKE (Cal State. Bar No. 158187)
   JINA L. CHOI (New York State Bar No. 2699718)
3  WILLIAM T. SALZMANN (Cal State Bar No. 205808)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 SECURITIES AND EXCHANGE COMMISSION,    Case No. C 07 2537 JCS

       Plaintiff,
13
                                          **STIPULATION AND CONSENT TO
   vs.                                    PROCEED BEFORE A UNITED STATES
14                                        MAGISTRATE JUDGE**
   CHRISTOPHER M. BALKENHOL
15
       Defendant.
16

1
2
3   STIPULATION AND CONSENT TO PROCEED BEFORE A UNITED STATES
4                           MAGISTRATE JUDGE
5       In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff Securities and
6   Exchange Commission and defendant Christopher M. Balkenhol hereby voluntarily consent to have a
7   United States Magistrate Judge conduct any and all further proceedings in the case, including trial,
8   and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the
9   United States Court of Appeals for the Ninth Circuit.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Dated: May 17, 2007

By: /s/ William T. Salzmann_____
    Helane L. Morrison
    Marc J. Fagel
    Michael S. Dicke
    Jina L. Choi
    William T. Salzmann

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: May 17 , 2007

By: /s/ Lawrence Achorn_____
    Sara Brody
    Lawrence Achorn
    Heller Ehrman LLP
    333 Bush Street
    San Francisco, CA  94104
    Telephone: (415) 772-6475
    Facsimile: (415) 772-6268

Attorney for Defendant
CHRISTOPHER M. BALKENHOL

    I, William T. Salzmann, am the ECF User whose ID and password are being used to file this Stipulation and Consent to Proceed Before a United States Magistrate Judge.  In compliance with General Order X.B., I hereby attest that Lawrence Achorn has concurred in this filing.

Dated: May 17, 2007        /s/ William T. Salzman_____
    William T. Salzmann

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION